M. Christopher Moon (USB #14880)
JACKSON LEWIS P.C.
215 S. State Street, Suite 760
Salt Lake City, Utah 84111
Telephone:  (801) 736-3199
Christopher.Moon@jacksonlewis.com

Lauren M. Ayoub, admitted pro hac vice
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Lauren.Ayoub@jacksonlewis.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSEPH W. ELLIOTT,<br><br>    Plaintiff,<br><br>v.<br><br>SYKES ENTERPRISES, INC.,<br>SITEL WORLDWIDE CORPORATION,<br>FLORIDA MERGERSUB, INC.,<br>FOUNDEVER WORLDWIDE CORPORATION,<br>FOUNDEVER OPERATING CORPORATION,<br><br>    Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:23-CV-000081-TC<br><br>District Judge Tena Campbell |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the parties, through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that this case is hereby dismissed with prejudice, and with no award of attorneys' fees, costs, and/or disbursements to any party.

Dated this 27th day of February 2024.

| | |
|---|---|
| JACKSON LEWIS PLLC | BEARNSON & CALDWELL |
| /s/ *M. Christopher Moon* | /s/ *Aaron K. Bergman* |
| M. Christopher Moon (USB# 14880) | Aaron K. Bergman (USB# 13147) |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| | (signed with permission) |

4869-7668-1897, v. 1